IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARREN..., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-410 |
| | § | |
| CITY OF NEW YORK, *et al.* | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with this court's Memorandum and Order of today's date, this action is dismissed with prejudice. Each party is to bear its own costs.

This is a final judgment.

SIGNED on May 12, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

1